UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

RECEIVED MAILROOM
JUN 2 9 2007

*By Richard Banke*

June 27, 2007

FILED
JUL X 3 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

| | |
|---|---|
| Case Name: | US-v- Balagtas |
| Case Number: | 3-07-70369 MAG |
| Charges: | 18:201 |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Zimmerman. The following action has been taken:

( )  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X)  The defendant has a court appearance in your court on: 7/6/2007 at 2:00P

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by:
Case Systems Administrator

Enclosures
cc: Financial Office